# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### OFFICE OF THE CLERK
M. L. KING JR. FEDERAL BLDG. & U.S. COURTHOUSE
50 WALNUT STREET, P.O. BOX 419
NEWARK, NJ 07101-0419
(973) 645-3730

CAMDEN OFFICE
ONE JOHN F. GERRY PLAZA
FOURTH & COOPER STREETS
CAMDEN, NJ 08101

TRENTON OFFICE
402 EAST STATE STREET
Room 2020
TRENTON, NJ 08608



William T. Walsh
Clerk

REPLY TO:   Camden

October 4, 2024

E. Barrett Prettyman US Courthouse
333 Constitution Ave. N.W.
Room 1225
Washington, DC 20001

Re: U.S.A. -v- Predrag Jovanovic
Our Docket No. 24-17044(SAK)
Your Docket No. 24-mj-00296

Dear Clerk:

   Please be advised that an initial appearance was held in the above-captioned case pursuant to Rule 5 of the Federal Rules of Criminal Procedure.  You can obtain the original record by accessing CM/ECF through PACER. Kindly acknowledge receipt on the duplicate of this letter, which is provided for your convenience.

                         Sincerely,

                         MELISSA E. RHODES, Clerk


                         By: ____s/Marnie Maccariella ___
                                Deputy Clerk


**RECEIPT ACKNOWLEDGED BY:** _____
**DATE:** _____

DNJ-Crim-004(Rev. 09/06)

**Instructions for Retrieving Electronic Case Files**

1. Access the CM/ECF website for the District of New Jersey at https://ecf.njd.uscourts.gov

2. Click on:   Link to Electronic Filing System (Live)

3. At the ECF/PACER Login Screen, enter your Court=s PACER Login and Password

4. On the CM/ECF toolbar, choose:

   $   Reports
   $   Docket Sheet
   $   Enter Case Number in the following format: **[06mj1234]**
   $   Run Report

       <   To view a document from the docket sheet, click on the blue Aunderlined@ document number;

       <   To download, click on File, Save a Copy and save to your specific directory;

       <   If the document does not have an underlined document number, it is either:

           $   A text only entry and no document is attached, or
           $   An entry made prior to electronic case filing and the original is enclosed, or
           $   The document included an attachment too large for the electronic case filing system and is enclosed.

If you have any questions, our ECF help-desk telephone numbers are as follows:

   <   Camden - 866-726-0726 or 856-757-5285
   <   Newark - 866-208-1405 or 973-645-5924
   <   Trenton - 866-848-6059 or 609-989-2004